# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———

**No. 17-7146**  ·  **September Term, 2020**

FILED ON: MARCH 16, 2021

ROSALIE SIMON, ET AL.,
  APPELLANTS

v.

REPUBLIC OF HUNGARY AND MAGYAR ALLAMVASUTAK ZRT., (MAV ZRT.),
  APPELLEES

———

On Remand from the Supreme Court
of the United States

———

Before:  MILLETT, PILLARD and KATSAS, *Circuit Judges*

## J U D G M E N T

This cause came to be heard on remand from the Supreme Court of the United States, vacating this court's judgment filed December 18, 2018, and remanding for further proceedings consistent with the decision in Federal Republic of Germany v. Philipp, 141 S. Ct. 703 (2021). Upon consideration of the foregoing, it is

**ORDERED and ADJUDGED** that this case be remanded to the District Court for further proceedings consistent with Federal Republic of Germany v. Philipp, 141 S. Ct. 703 (2021).

The Clerk is directed to issue the mandate forthwith to the District Court.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
  Daniel J. Reidy
  Deputy Clerk

Date: March 16, 2021